UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Edward Herbst, et al.</u>

    v.                            Civil No. 09-cv-00233-JL

<u>L.B.O. Holding, Inc.</u>


**O R D E R**

The motion to continue and extend deadlines pretrial schedule (doc. no. 12) is granted, with further modifications. Any reply to a summary judgment objection must be filed within 7 calendar days of the objection, and grants leave to file (but does not require) a surreply, limited to issues and arguments advanced in the reply, to be filed no later than five days of the reply. The parties and counsel should not assume that this expedited schedule will necessarily result in a speedier resolution of the motion(s) for summary judgment; the intent of the expedited schedule is, for the sake of the parties and counsel, to enable a decision on the motion further in advance of trial.

    **SO ORDERED.**

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

```
Dated:  November 9, 2010

cc:  R. Peter Taylor, Esq.
     Thomas B.S. Quarles, Jr., Esq.
```